Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Robert Durcho                                           Docket No. 05-00037-001

Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert Durcho, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 14th day of December 2007, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- Shall not illegally possess a controlled substance.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall pay restitution in the amount of $146,577.00 at a rate of ten percent (10%) of his gross monthly earnings.
- Shall notify the U.S. Attorney's Office of any change in residence within 30 days while any portion of the restitution remains outstanding.

<u>12/14/2007</u>:   Health Care Fraud; 3 years' probation.
<u>12/14/2007</u>:   Released to supervision; currently supervised by USPO Shannon Smith Meyers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that, to date, restitution in the amount of $14,096.90 has been paid, leaving a balance of $132,480.10. The Probation Office respectfully recommends that this case be permitted to close at expiration, effective December 13, 2010, with restitution due and owing.

U.S.A. vs. Robert Durcho
Docket No. 05-00037-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 05-00037-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this __16__ day of __Nov__, 20 _10_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __15 November 2010__

_____
Shannon Smith Meyers
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh